NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000461**
**03-OCT-2017**
**10:42 AM**

NO. CAAP-17-0000461

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF RE and NP

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S. NO. 17-00045)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge and Fujise and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed on September 25, 2017 by Rebecca S. Lester, court-appointed counsel for Appellant-Father, the attachments thereto, and the record herein, it appears that the appeal was docketed on July 11, 2017 and Appellant-Father seeks to voluntarily dismiss his appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

IT IS HEREBY ORDERED that the appeal is dismissed. The parties shall bear their own costs and attorney's fees on appeal.

DATED: Honolulu, Hawai'i,

*Craig H. Nakamura*
Chief Judge

Associate Judge

Associate Judge